FORD MOTOR COMPANY V JACKSON (CLAIM OF BANIA AND CLAIM OF MOHAMMED). (Docket Nos. 55100–55105.) Rehearing granted. On the Court's own motion it is ordered that this appeal be and hereby is resubmitted for decision, without further argument or briefing by the parties. *Joseph A. O'Reilly* and *Richard A. Fellrath,* for plaintiff-appellant. *John A. Fillion, Jordan Rossen, Edwin G. Fabré, Ralph O. Jones, Leonard Page, Anne Trebilcock, Marley Weiss,* and *M. Jay Whitman,* for defendants-appellees. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Felix E. League,* Assistant Attorney General, for defendant-appellee Michigan Employment Security Commission. Reported at 395 Mich 578.


PEOPLE V FULLER. (Docket No. 54738.) Rehearing denied. State Appellate Defender Office for defendant-appellant. Reported at 395 Mich 451.


NORTHVIEW CONSTRUCTION COMPANY V CITY OF ST CLAIR SHORES. (Docket No. 54712.) Rehearing granted. On the Court's own motion it is ordered that this appeal be and hereby is resubmitted for decision, without further argument or briefing by the parties. *Honigman, Miller, Schwartz & Cohn* for plaintiffs-appellants. *John H. Yoe,* for defendant-appellee. Reported at 395 Mich 497.